IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHUKWUMA E. AZUBUKO,
    Plaintiff,

v.                          Case No. 2:05-CV-363
                                JUDGE EDMUND A. SARGUS, JR.

CITY OF BOSTON, PARKING CLERK,
    Defendant.

## ORDER

On April 13, 2005, the Court dismissed this *pro se* action which Plaintiff filed against the parking clerk for the City of Boston, Massachusetts for alleged racial discrimination. The Court concluded that there was no personal jurisdiction over the Defendant and that venue was improper in this Court. On October 16, 2006, Plaintiff filed Motions for a New Trial and to Reopen the case. (**Doc. #8 and #9**). The motions provide no legal support for the relief sought. Accordingly, the motions are **DENIED**.

**IT IS SO ORDERED.**

7-11-2007
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE