IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHUKWUMA E. AZUBUKO,**
   **Plaintiff,**

v.            Case No. 2:05-CV-363
             JUDGE EDMUND A. SARGUS, JR.

**CITY OF BOSTON, PARKING CLERK,**
   **Defendant.**

## ORDER

On April 13, 2005, the Court dismissed this *pro se* action which Plaintiff filed against the parking clerk for the City of Boston, Massachusetts for alleged racial discrimination. The Court concluded that there was no personal jurisdiction over the Defendant and that venue was improper in this Court. On July 11, 2007, the Court denied Plaintiff's Motions for a New Trial and to Reopen this case. (Doc. #10). On July 27, 2007, Plaintiff filed a Motion for Reconsideration of this Court's Order. The Court finds no basis to reconsider its previous Order. Accordingly, the motion (**Doc. #11**) is **DENIED.**

   **IT IS SO ORDERED.**

2-26-2008
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE