# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CHUKWUMA E. AZUBUKO,**
**Plaintiff,**

v.

Case No. 2:05-CV-363
JUDGE EDMUND A. SARGUS, JR.

**CITY OF BOSTON, PARKING CLERK,**
**Defendant.**

## ORDER

On April 13, 2005, the Court dismissed this *pro se* action which Plaintiff filed against the parking clerk for the City of Boston, Massachusetts for alleged racial discrimination. The Court concluded that there was no personal jurisdiction over the Defendant and that venue was improper in this Court. On July 11, 2007, the Court denied Plaintiff's Motions for a New Trial and to Reopen this case. (Doc. #10). On July 27, 2007, Plaintiff filed a Motion for Reconsideration of this Court's Order. The Court found no basis to reconsider its previous Order, and, accordingly, denied the motion (Doc. #11). On October 25, 2010, Plaintiff filed a Motion to Reopen this case. On October 26, 2010, the Court found no legal basis for reopening this action, and, accordingly, denied the motion (Doc. 14). On November 15, 2010, Plaintiff filed a Motion for Reconsideration of this Court's October 26, 2010 Order. The Plaintiff has presented no grounds for this Court to reconsider that Order or any other prior ruling in this case. Accordingly, the motion (**Doc. #15**) is **DENIED.**

**IT IS SO ORDERED.**

4-13-2011
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**